IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01805-MSK-MEH

ROBINSON CONSTRUCTION COMPANY, an Oregon corporation,

    Plaintiff,

v.

TOWN OF HAYDEN, a Colorado municipal corporation, and
SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion to Dismiss With Prejudice **(#40)** filed July 1, 2009. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 1st day of July, 2009.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge